## MELVIN C. WASHINGTON *v.* JOHN BLACKMORE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 119 Conn. App. 218 (AC 30684), is denied.

*Melvin C. Washington*, pro se, in support of the petition.

*Irena J. Urbaniak*, city attorney, in opposition.

Decided April 14, 2010

## STATE OF CONNECTICUT *v.* LAWRENCE RUSCOE

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 834 (AC 29198), is denied.

*Alice Osedach*, assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.